Stuart B. Wolfe (SBN 156471)
Brian H. Gunn (SBN 192594)
Kimberly Ann Paese (SBN 258594)
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendant
CARRINGTON MORTGAGE SERVICES, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARY AMARAL, JOE AMARAL and DANNY AMARAL,<br><br>            Plaintiffs,<br><br>    v.<br><br>WACHOVIA MORTGAGE CORPORATION, a North Carolina corporation; CARRINGTON MORTGAGE SERVICES, LLC; and DOES 1-50 inclusive,<br><br>            Defendants. | Case No.: 1:10-cv-01661-OWW-DLB<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME FOR DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC TO RESPOND TO PLAINTIFFS' COMPLAINT** |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD**:

This Stipulation is made by and between Plaintiffs MARY AMARAL, JOE AMARAL and DANNY AMARAL, ("Plaintiffs") and Defendant CARRINGTON MORTGAGE SERVICES, LLC ("Carrington") by and through their respective counsel of record.  Plaintiffs and Carrington agree and stipulate as follows:

A.    On or about September 17, 2010, Carrington requested of Plaintiffs an extension of time to respond to the Complaint up to and including October 17, 2010.

B.    On or about September 17, 2010, Plaintiffs' counsel agreed to extend Carrington's time to respond to the Complaint up to and including October 17, 2010.

1

**STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT**
K:\OWW\Stipulations\10cv1661.stipo.extnd.time.def.respnd.to.complnt.doc

C. This Stipulation does not alter the date of any event or any deadline already fixed by the Court.

WHEREFORE, Plaintiffs and Carrington agree and stipulate that Carrington has up to and including October 17, 2010 to respond to Plaintiffs' Complaint.

DATED: September 20, 2010   WOLFE & WYMAN LLP

By: /s/ Brian H. Gunn
STUART B. WOLFE
BRIAN H. GUNN
Attorneys for Defendant
**CARRINGTON MORTGAGE SERVICES, LLC**

DATED: September 20, 2010   GILMORE, WOOD, VINNARD & MAGNESS

By: /s/ Tracie L. Goodwin
DAVID M. GILMORE
JENNIFER J. PANICKER
TRACIE L. GOODWIN
Attorneys for Plaintiffs
**MARY AMARAL, JOSE AMARAL and DANNY AMARAL**

### ORDER ON STIPULATION

The Court having reviewed the stipulation of Plaintiffs and Carrington, and good cause appearing therefore, ORDERS that Carrington shall have up to and including October 17, 2010 to respond to Plaintiffs' Complaint in this matter.

IT IS SO ORDERED.

Dated: **September 21, 2010**   /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

2
**STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT**
K:\OWW\Stipulations\10cv1661.stipo.extnd.time.def.respnd.to.complnt.doc