UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY AMARAL, JOE AMARAL, and DANNY AMARAL,<br><br>Plaintiff,<br><br>v.<br><br>WACHOVIA MORTGAGE, FSB; CARRINGTON MORTGAGE SERVICES, LLC; FREMONT REORGANIZING CORPORATION; MTC FINANCIAL, INC, dba TRUSTEE CORPS; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | 1:10-CV-01661 OWW DLB<br><br>**ORDER DISMISSING DEFENDANT** |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41(a),

IT IS HEREBY ORDERED that Defendant Wachovia Mortgage, FSB is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   January 11, 2011**            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1