UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY AMARAL, et al., | 1:10-cv-01661-OWW-DLB |
| Plaintiffs, | ORDER GRANTING MOTION TO DISMISS (Doc. 9) |
| v. | |
| WACHOVIA MORTGAGE CORP., et al., | |
| Defendants. | |

On April 21, 2009, Plaintiffs filed a complaint in Kings County Superior Court alleging various causes of action arising out of an attempted mortgage refinance transaction between Plaintiffs and Defendant Wachovia Mortgage Corporation. Plaintiffs' action was removed to federal court and designated 1:09-cv-00937-OWW-GSA.

On September 9, 2010, Plaintiff's filed a second complaint in Kings County Superior Court asserting claims against the same defendants arising out of the same attempted mortgage refinance transaction underlying the 1:09-cv-00937-OWW-GSA case. Defendants removed the action to this court and filed a motion to dismiss on October 18, 2010. (Doc. 9). Plaintiffs filed opposition to the motion to dismiss on November 15, 2010. (Doc. 12).

Where one district court has duplicative suits contemporaneously pending on its docket, the court has discretion

**1**

to dismiss one of the duplicative actions with prejudice. *See Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 692 (9th Cir. 2007).[1] Plaintiffs concede that, in light of the court's decision to permit amendment to the complaint in the 1:09-cv-00937-OWW-GSA case, this action should be dismissed. (Opposition at 4).

Plaintiffs' complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:   February 7, 2011**                /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE

---

[1] Dismissal of a duplicative action with prejudice under such circumstances does not, as a matter of law, entail res judicata effects. *See Adams*, 487 F.3d at 692 n.2.